PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 02 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Leelynn George          Case Number: 0980 2:10CR02081-WFN-1

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence: January 11, 2011          Type of Supervision: Supervised Release

Original Offense: Crime on Indian Reservation Aggravated Sexual Abuse , 18 U.S.C. §§ 1153 and 2241(a)(1)          Date Supervision Commenced:

Original Sentence: Prison - 60 Months; TSR - 240 Months          Date Supervision Expires:

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

26   You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer. You shall immediately report any unauthorized contact with minor-aged children to the supervising officer.

## CAUSE

Mr. George is requesting to reside with his cousin Aretha Kahama who has five children under the age of 18 living at her residence. Ms. Kahama was advised of Mr. George's criminal background and expressed the concerns in regards to the defendant being left alone with underage children. Ms. Kahama agreed to never leave the children alone with the defendant. She also agreed to always having an adult present with the children when the defendant is present.

Prob 12B
**Re: George, Leelynn
December 1, 2014
Page 2**

Mr. George has agreed to the modifications and a signed waiver is enclosed for the Court's review.

Respectfully submitted,

by    s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer
Date: December 1, 2014

## THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

Signature of Judicial Officer

12/2/14

Date