PROB 12C
(7/93)

Report Date: May 14, 2015

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 14 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leelynn George                Case Number: 0980 2:10CR02081-WFN-1

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 11, 2011

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation Aggravated Sexual Abuse, 18 U.S.C. §§ 1153 and 2241(a)(1) |
| Original Sentence: | Prison - 60 months<br>TSR - 240 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Rick Lee Hoffman |

Type of Supervision: Supervised Release

Date Supervision Commenced: March 24, 2015

Date Supervision Expires: March 23, 2035

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 22**: You shall abstain from the use of illegal control substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six test per month, in order to confirm continued abstinence from the substances.<br><br>**Supporting Evidence**: Mr. George tested positive for marijuana on April 9, and 30, 2015.<br><br>These tests have been confirmed positive for the presence of marijuana by Alere Toxicology Services (Alere). Mr. George has also admitted to the use of the substance. |
| 2 | **Special Condition # 22**: You shall abstain from the use of illegal control substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six test per month, in order to confirm continued abstinence from the substances.<br><br>**Supporting Evidence**: Mr. George failed to submit to a random urinalysis testing at Merit Resource Services on April 15, 23, and May 13, 2015. |

Prob12C
Re: George, Leelynn
May 14, 2015
Page 2

3     **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: Mr. George tested positive for cocaine on April 30, 2015.

On April 30, 2015, Mr. George was confronted in regard to his use of cocaine. Mr. George adamantly denied using the substance. On May 5, 2015, Alere confirmed the specimen submitted by Mr. George returned positive for the presence of cocaine.

4     **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. George failed to follow instructions restraining him from going to the Larena Lane housing development given by his U.S. Probation Officer by going to the Larena Lane housing development on May 13, 2015.

According to the BI Total Access tracking system, Mr. George's Global Positioning System (GPS) shows Mr. George at the Larena Lane housing development on May 13, 2015. Mr. George had previously been instructed not to go to this location specifically the 615 Larena Lane, Wapato, Washington address. Per the GPS tracking points, Mr. George was at this location on May 13, 2015.

5     **Special Condition # 16**: You shall participate in the home confinement program for 60 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising officer.

**Supporting Evidence**: Mr. George deviated from his home confinement program on May 13, and 14, 2015.

On May 13, 2015, Mr. George requested permission to go work for his uncle near the city of Roosevelt, Washington. The defendant was to stay at an Indian Liu Cite near Roosevelt. He was given permission to go directly to the work site leaving May 13, 2015, and returning on May 15, 2015. Mr. George was instructed to not deviate from this schedule. On May 14, 2015, while reviewing Mr. George's location monitoring location activities, the GPS revealed the defendant did not go to the Indian Liu Cite near Roosevelt but rather traveled to numerous locations throughout the cities of Toppenish and Wapato, Washington.

Prob12C
Re: George, Leelynn
May 14, 2015
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 14, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/14/15
Date