PROB 12C
(7/93)

Report Date:  March 16, 2016

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2016

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leelynn George                Case Number: 0980 2:10CR02081-RMP-1

Address of Offender: ▆▆▆▆▆▆▆▆ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 11, 2011

Original Offense:    Crime on Indian Reservation Aggravated Sexual Abuse , 18 U.S.C. § 1153 and
                     2241(a)(1)

Original Sentence:   Prison 60 months; TSR - 240        Type of Supervision: Supervised Release
                     months

Asst. U.S. Attorney:  Thomas J. Hanlon               Date Supervision Commenced: December 18, 2015

Defense Attorney:   Rick Lee Hoffman                 Date Supervision Expires: June 17, 2035

## PETITIONING THE COURT

**To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on February 19, 2016.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 21**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. George was terminated from his drug and alcohol treatment program at Dependency Health Services on March 7, 2016, for failure to attend treatment sessions.

| | |
|---|---|
| 4 | **Special Condition # 17**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program.  You shall follow all lifestyle restrictions and treatment requirements of the program.  You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements.  You shall allow reciprocal release of information between the supervising officer and the treatment provider.  You shall pay for treatment and testing according to your ability. |

Prob12C
**Re: George, Leelynn**
**March 16, 2016**
**Page 2**

              **Supporting Evidence**: Mr. George failed to attend sex offender counseling sessions at Ken Schafer and Associates on March 1, 8, and 15, 2016.

5         **Special Condition # 22**: You shall abstain from the use of illegal control substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six test per month, in order to confirm continued abstinence from the substances.

              **Supporting Evidence**: Mr. George failed to submit to a random urinalysis testing at Merit Resource Services on March 8, 2016.

6         **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

              **Supporting Evidence**: Mr. George failed to report within the first 5 days and submit his monthly report form as directed for the month of March 2016, as of March 16, 2016.

7         **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

              **Supporting Evidence**: Mr. George failed to report a change in residence as of March 16, 2016.

              On March 10, 2016, this officer conducted an unannounced home visit at Mr. George's reported address of 420 South 34th Avenue, Yakima, Washington. I was advised by a family member that Mr. George has not been staying at this residence for the past 2 weeks but rather has been staying somewhere in the Wapato, Washington, area with his girlfriend. A message was left for Mr. George to report to the probation office immediately upon his return. Mr. George has failed to report a change of address as of March 16, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant and to incorporate the violations contained in this petition in all future proceedings with the violations previously reported to the Court on February 19, 2016.

              I declare under penalty of perjury that the foregoing is true and correct.

              Executed on:    March 16, 2016

                              s/Jose Zepeda

                              Jose Zepeda
                              U.S. Probation Officer

Prob12C
**Re: George, Leelynn**
**March 16, 2016**
**Page 3**


THE COURT ORDERS

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]     Defendant to appear before the Judge assigned to the
        case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

3/16/2016
_____
Date