PROB 12C
(6/16)

Report Date: October 3, 2018

# United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 04, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Leelynn George         Case Number: 0980 2:10CR02081-RMP-1

Address of Offender:                    Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U. S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 11, 2011

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation Aggravated Sexual Abuse, 18 U.S.C. § 1153 & 2241(a)(1) | |
| Original Sentence: | Prison - 60 months<br>TSR - 240 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>September 23, 2015 | Prison - 4 months<br>TSR - 234 months | |
| Revocation Sentence:<br>January 11, 2017 | Prison - 18 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 9, 2018 |
| Defense Attorney: | Paul E. Shelton | Date Supervision Expires: March 8, 2023 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on April 30, 2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #4**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability.<br><br>**Supporting Evidence**: Mr. George is alleged to have been suspended from sex offender treatment at Ken Schafer and Associates on September 25, 2018. |

Prob12C
**Re: George, Leelynn**
**October 3, 2018**
**Page 2**

On March 26, 2018, supervised release conditions were reviewed and signed by Mr. George acknowledging his understanding of special condition number 4, which requires him to participate in sex offender counseling.

On September 25, 2018, Mr. George was scheduled to attend a one-on-one counseling session with his sex offender therapist, Ken Schafer. According to his therapist, Mr. George showed up late for his appointment and stated he overslept. The therapist instructed him to report back to attend sex offender group counseling later that same date. Mr. George returned as directed but showed up 40 minutes late to his group session. According to his therapist, Mr. George reported he had his family in the car waiting for him and they were going to the fair. Mr. George elected to go to the fair rather than attend his Court ordered sex offender treatment program. According to the therapist, Mr. George has been consistently late for his treatment sessions and has canceled appointments at the last minute. Based on his continued attendance issues and leaving treatment against therapist advice to go to the fair, Mr. George has been suspended from his sex offender treatment program.

The U.S. Probation Office respectfully recommends the Court issue a summons and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 3, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Prob12C
**Re: George, Leelynn**
**October 3, 2018**
**Page 3**

_Signature of Judicial Officer_

10/4/2018

Date