PROB 12C
(6/16)

Report Date: August 26, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Leelynn George | Case Number: 0980 2:10CR02081-RMP-1 |
| Address of Offender: | Yakima, Washington 98908 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 11, 2011

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation Aggravated Sexual Abuse Failure to Register as a Sex Offender, 18 U.S.C. § 2250 | |
| Original Sentence: | Prison - 60 months; TSR - 240 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 09/23/2015 | Prison - 4 months; TSR - 234 months | |
| Revocation Sentence: 01/11/2017 | Prison - 18 months; TSR - 60 months | |
| Revocation Sentence: 01/22/2019 | Prison - 5 months; TSR - 60 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 24, 2019 |
| Defense Attorney: | Paul E. Shelton | Date Supervision Expires: May 23, 2024 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 21, 2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**:  Mr. George is considered to be in violation of his conditions of supervised release by allegedly committing a new law violation of Assault with a Domestic Violence Enhancement, a violation of Revised Code of Washington (RCW) 9A.36.041.2, on August 23, 2020. |

Prob12C
**Re: George, Leelynn**
**August 26, 2020**
**Page 2**

Mr. George's conditions were reviewed with him on May 28, 2019. He signed his conditions acknowledging an understanding of his conditions, which includes mandatary condition number 1, as noted above.

According to the Yakima Police Department (YPD) narrative for incident report number 20Y032793, the following occurred on the morning of August 23, 2020: YPD officers responded to a residence in Yakima, Washington, following a compliant Mr. George assaulted a female relative, was high on methamphetamine, and was refusing to leave the home. As officers arrived on scene the victim was contacted, reporting an argument erupted between Mr. George and the victim. The argument became physical when Mr. George pulled a patch of the victim's hair out and with a closed fist, struck the victim on the arm.

A witness to the above alleged assault confirmed the victim's report and noted while separating the offender and victim, Mr. George began to fight the witness. Mr. George and the witness exchanged punches, which caused Mr. George's lip to bleed. After the fight, the offender left the home. There were two additional witnesses interviewed; both of whom confirmed the reported events.

While the occupants of the home provided their statements to law enforcement, Mr. George was located standing outside the home. An officer traveled to the offender's location, arresting him without incident. As of the writing of this report, Mr. George remains incarcerated at the Yakima City Jail, under Yakima Municipal Court case number XZ0670210.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 26, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

Prob12C
**Re: George, Leelynn**
**August 26, 2020**
**Page 3**

THE COURT ORDERS

- [ ]  No Action
- [x]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [x]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

8/26/2020

Date