PROB 12C
(6/16)

Report Date: August 12, 2021

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2021

SEAN F. McAVOY, CLERK

for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Leelynn George | Case Number: 0980 2:10CR02081-RMP-1 |
| Address of Offender: | Yakima, Washington 98902 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 11, 2011

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation Aggravated Sexual Abuse Crime on Indian Reservation Aggravated Sexual Abuse, 18 U.S.C. § 1153 & 2241(a)(1) |
| Original Sentence: | Prison - 60 months<br>TSR - 240 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/23/2015) | Prison - 4 months<br>TSR - 234 months |
| Revocation Sentence:<br>(01/11/2017) | Prison - 18 months<br>TSR - 60 months |
| Revocation Sentence:<br>(01/22/2019) | Prison - 5 months<br>TSR - 60 months |
| Revocation Sentence:<br>(09/16/2020) | Prison - 7 months<br>TSR - 60 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: March 22, 2021 |
| Defense Attorney: | Craig Donald Webster |
| | Date Supervision Expires: March 21, 2026 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition #11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: George, Leelynn**
**August 12, 2021**
**Page 2**

**Supporting Evidence**: Mr. George is alleged he failed to submit to a random urinalysis (UA) at Merit Resource Services (Merit) on July 29, and August 4, 2021.

Mr. George's supervised release conditions were reviewed with him on March 25, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions which includes special condition number 11, as noted above. On this same date, Mr. George reviewed and signed the Eastern District of Washington substance abuse testing instructions, acknowledging his understanding of the drug testing program. He was instructed to call Merit's colorline system and when his assigned color was called, he was to report and submit to a urinalysis.

On July 30, 2021, the U.S. Probation Office received a report from Merit indicating Mr. George failed to report and submit to a UA on July 29, 2021. On this same date, the undersigned officer instructed the offender to report to Merit and provide a UA, which he failed to do.

On August 5, 2021, the U.S. Probation Office received a subsequent report from Merit indicating Mr. George again failed to report and provide a UA sample on August 4, 2021.

2       **Special Condition #11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. George is alleged to have violated his conditions of supervised release by consuming a controlled substance, marijuana, on or about July 24, and July 29, 2021.

Mr. George's supervised release conditions were reviewed with him on March 25, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions which includes special condition number 11, as noted above.

On August 2, 2021, Mr. George reported to the United States Probation Office as instructed to discuss his failure to follow this officer's instruction to submit a UA at Merit on July 30, 2021. During this same appointment, Mr. George admitted he consumed marijuana on July 24, and 29, 2021. He signed a drug admission/denial form, admitting to consuming marijuana on the above-listed dates. On this same date, Merit collected a UA which returned presumptive positive for marijuana and was sent to Alere Toxicology Services, Incorporated for confirmation.

3       **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence:** Mr. George is alleged to have violated his conditions of supervised release by failing to follow his probation officer's instructions on July 30, 2021.

Prob12C
Re: George, Leelynn
August 12, 2021
Page 3

Mr. George's supervised release conditions were reviewed with him on March 25, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions which includes **standard** condition number 13, as noted above.

On July 30, 2021, the U.S. Probation Office received a report from Merit indicating Mr. George failed to report for a UA on July 29, 2021. On this same date, Mr. George was instructed to submit to a UA at Merit and immediately contact the undersigned officer via cellular telephone once he had done so. After not hearing from the offender, this officer made telephonic contact with Mr. George. Mr. George, again, indicated he did **not report to Merit and** expressed he forgot he was given directives to do so.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 13, 2021

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

---

### THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/12/2021
Date