PROB 12C
(6/16)

Report Date:  August 24, 2021

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2021

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leelynn George                    Case Number: 0980 2:10CR02081-RMP-1

Address of Offender:                                                    Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 11, 2011

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation Aggravated Sexual Abuse Crime on Indian Reservation Aggravated Sexual Abuse, 18 U.S.C. § 1153 & 2241(a)(1) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 60 months<br>TSR - 240 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/23/2015) | Prison - 4 months<br>TSR - 234 months | |
| Revocation Sentence:<br>(01/11/2017) | Prison - 18 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(01/22/2019) | Prison - 5 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(09/16/2020) | Prison - 7 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 22, 2021 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: March 21, 2026 |

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/12/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: George, Leelynn**
**August 24, 2021**
**Page 2**

**Supporting Evidence**: Mr. George is alleged to have failed to submit to a random urinalysis (UA) at Merit Resource Services (Merit) on August 12, 2021.

Mr. George's supervised release conditions were reviewed with him on March 25, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions which includes special condition number 11, as noted above.  On this same date, Mr. George reviewed and signed the Eastern District of Washington substance abuse testing instructions acknowledging his understanding of the drug testing program.  He was instructed to call Merit's colorline system and when his assigned color was called, he was to report and submit to a UA.

On August 13, 2021, the U.S. Probation Office received a report from Merit indicating Mr. George failed to report and provide a UA sample on August 12, 2021.

5          **Special Condition #11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. George is alleged to have violated his conditions of supervised release by consuming a controlled substance, marijuana on August 12 and 13, 2021.

Mr. George's supervised release conditions were reviewed with him on March 25, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions which includes special condition number 11, as noted above.

On August 13, 2021, Mr. George reported to the United States Probation Office as instructed to discuss his failure to report for his UA at Merit on August 12, 2021.  During this same appointment, Mr. George admitted he consumed marijuana on August 12 and 13, 2021.  He signed a drug admission/denial form, admitting to consuming marijuana on the above-listed dates.  On this same date, a UA was collected which returned presumptive positive for marijuana and was sent to Alere Toxicology Services, Incorporated for confirmation.

On August 23, 2021, Alere Toxicology Services, Incorporated, reported Mr. George's UA to be confirmed positive for marijuana.

6          **Special Condition #11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. George is alleged to have violated his conditions of supervised release by consuming a controlled substance, methamphetamine on August 12, 2021.

Mr. George's supervised release conditions were reviewed with him on March 25, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions which includes special condition number 11, as noted above.

Prob12C
**Re: George, Leelynn**
**August 24, 2021**
**Page 3**

On August 13, 2021, Mr. George reported to the United States Probation Office as instructed to discuss his failure to report for a UA at Merit on August 12, 2021. During this same appointment, Mr. George admitted he consumed methamphetamine on August 12, 2021. He signed a drug admission/denial form, admitting to consuming methamphetamine on the above-listed date. On this same date, a UA was collected, which returned presumptive positive for methamphetamine and was sent to Alere Toxicology Services, Incorporated for confirmation.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      August 24, 2021
_____

s/Araceli Mendoza
_____

Araceli Mendoza
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

8/24/2021
_____
Date