PROB 12C
(6/16)

Report Date: December 16, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leelynn George                                  Case Number: 0980 2:10CR02081-RMP-1

Address of Offender:                           Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: January 11, 2011

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation Aggravated Sexual Abuse Crime on Indian Reservation Aggravated Sexual Abuse, 18 U.S.C. § 1153 & 2241(a)(1) | |
| Original Sentence: | Prison - 60 months<br>TSR - 240 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/23/2015) | Prison - 4 months<br>TSR - 234 months | |
| Revocation Sentence:<br>(01/11/2017) | Prison - 18 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(01/22/2019) | Prison - 5 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(09/16/2020) | Prison - 7 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 22, 2021 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: March 21, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/13/2021 and 8/24/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: Mr. George is alleged to have violated his supervised release conditions by failing to submit to drug testing and failing to stay at his residence as instructed on November 22, 2021.

Mr. George's supervised release conditions were reviewed with him on March 25, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions, which includes standard condition number 13, as noted above.

On November 22, 2021, this officer conducted an unannounced home visit for the purpose of monitoring compliance. Mr. George was not home; however, his aunt, who was at the residence, disclosed that Mr. George had not returned home since his departure on November 19, 2021. On this same date, this officer made telephonic contact with Mr. George and instructed him to report to Merit Resource Services (Merit) immediately to submit a urinalysis (UA) sample. Mr. George was also instructed to return to his pre-approved place of residence on this same date.

On November 23, 2021, the U.S. Probation Office received an electronic mail correspondence from Merit reporting Mr. George failed to report and provide a UA sample on November 22, 2021. On this same date, Mr. George expressed to this officer he did not report for a UA at Merit nor did he stay at his residence on November 22, 2021, as instructed by this officer.

| | |
|---|---|
| 8 | **Special Condition #11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. George is alleged to have violated his supervised release conditions by consuming a controlled substance, methamphetamine, on or about November 19, and 20, 2021.

Mr. George's supervised release conditions were reviewed with him on March 25, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions, which includes special condition number 11, as noted above.

On November 23, 2021, Mr. George reported to the U.S. Probation Office as instructed. During this same appointment, Mr. George admitted he consumed methamphetamine on November 19 and 20, 2021. He signed a drug admission/denial form, admitting to consuming the controlled substance on the above-listed dates. During this same appointment, a UA sample was collected which returned presumptive positive for methamphetamine.

On November 29, 2021, Alere Toxicology Services, Incorporated reported Mr. George's UA sample was confirmed positive for the presence of methamphetamine.

| | |
|---|---|
| 9 | **Special Condition #11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but |

no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. George is alleged to have violated his supervised release conditions by consuming a controlled substance, marijuana, on or about November 19 through November 23, 2021.

Mr. George's supervised release conditions were reviewed with him on March 25, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions, which includes special condition number 11, as noted above.

On November 23, 2021, Mr. George reported to the U.S. Probation Office as instructed. During this same appointment, Mr. George admitted he consumed marijuana on November 19, through November 23, 2021. He signed a drug admission/denial form, admitting to consuming the controlled substance on the above-listed dates. During this same appointment, a UA was collected which returned presumptive positive for marijuana.

On November 29, 2021, Alere Toxicology Services, Incorporated reported Mr. George's UA sample to be confirmed positive for the presence of marijuana.

10        **Special Condition #12**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. George is alleged to have violated his supervised release conditions by consuming alcohol on November 20, and December 11, 2021.

Mr. George's supervised release conditions were reviewed with him on March 25, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions, which includes special condition number 12, as noted above.

On November 23, 2021, Mr. George reported to the U.S. Probation Office as instructed. During this same appointment, Mr. George admitted he consumed alcohol on November 20, 2021. He signed a drug admission/denial form, admitting to consuming alcohol on the above-listed date.

On December 14, 2021, Mr. George reported to the U.S. Probation Office as instructed. During this same appointment, Mr. George expressed he submitted to a UA at work on the previous day. The offender signed a drug admission/denial form, admitting to consuming alcohol on December 11, 2021.

11        **Special Condition # 11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: George, Leelynn
December 16, 2021
Page 4

**Supporting Evidence**: Mr. George is alleged to have violated his supervised release conditions by consuming controlled substances, methamphetamine and marijuana, on or about December 11, 2021.

Mr. George's supervised release conditions were reviewed with him on March 25, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions, which includes special condition number 11, as noted above.

On December 13, 2021, Mr. George contacted this officer via cellular telephone and self-reported he consumed marijuana and methamphetamine on or about December 11, 2021.

On December 14, 2021, Mr. George reported to the U.S. Probation Office as instructed. During this same appointment, Mr. George expressed he submitted to a UA at work on the previous day, which returned positive for marijuana and methamphetamine. The offender signed a drug admission/denial form, admitting to consuming the controlled substances on the above-listed date. During this same appointment, a UA was collected which returned presumptive positive for marijuana, methamphetamine, and benzodiazepines. The sample was sent to Alere Toxicology Services, Incorporated for confirmation. The test results are pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 16, 2021

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

Prob12C
Re: George, Leelynn
December 16, 2021
Page 5

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

12/16/2021
Date