PROB 12C
(6/16)

Report Date: September 30, 2022

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leelynn George   Case Number: 0980 2:10CR02081-ACE-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Alex C. Ekstrom, U.S. Magistrate Judge

Date of Original Sentence: January 11, 2011

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation Aggravated Sexual Abuse Crime on Indian Reservation Aggravated Sexual Abuse, 18 U.S.C. § 1153 & 2241(a)(1) | |
| Original Sentence: | Prison - 60 months<br>TSR - 240 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/23/2015) | Prison - 4 months<br>TSR - 234 months | |
| Revocation Sentence:<br>(01/11/2017) | Prison - 18 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(01/22/2019) | Prison - 5 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(09/16/2020) | Prison - 7 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Frances E. Walker | Date Supervision Commenced: March 22, 2021 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: March 21, 2026 |

## PETITIONING THE COURT

To issue a warrant

Mr. George's supervised release conditions were reviewed with him on March 25, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court of the probation officer about how and when you must report to the probation officer and you must report to the probation officer as instructed. |

Prob12C
Re: George, Leelynn
September 30, 2022
Page 2

        **Supporting Evidence**: Mr. George is alleged to have violated his supervised release conditions by failing to report to the probation office on September 28, 2022, as directed.

        On September 26, 2022, Mr. George reported to the probation office; at the conclusion of the office visit, Mr. George was directed to report back to the probation office on September 28, 2022, at 10 a.m. Mr. George failed to report as directed and failed to contact this officer to explain why he could not report.

        On September 29, 2022, this officer attempted to contact Mr. George at his listed residence; however, Mr. George was not home when this officer arrived. This officer left a business card directing Mr. George to report to the probation office by 9 a.m. on September 30, 2022. At 3:33 p.m. Mr. George contacted this officer and stated he was in Toppenish, Washington. The offender was once again directed to report to the probation office the following day by 9 a.m. Mr. George acknowledged the reporting instructions and made a commitment to report as directed.

        On September 30, 2022, at 9:21 a.m. Mr. George sent this officer a text message and stated he just woke up. He was directed to report as soon as possible. At the time this petition was drafted, Mr. George has failed to report as previously directed.

2        **Special Condition #11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. George is alleged to have violated his supervised release conditions by failing to report for random drug tests on September 20, 22, and 29, 2022.

        This officer received notification from Merit Resource Services (Merit) that Mr. George failed to report for his color line drug test on September 20, 22, and 29, 2022. Mr. George is fully aware he must report to Merit for a drug test when his color is called.

3        **Special Condition #10**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: Mr. George is alleged to have violated his supervised release conditions by failing to report to Merit for substance abuse treatment on September 20, 21 and 29, 2022.

        On September 22, 2022, this officer spoke with Mr. George's substance abuse counselor at Merit. The counselor reported Mr. George failed to show up for outpatient treatment on September 20, and 21, 2022. Mr. George did not contact his counselor to explain why he could not attend the treatment sessions.

Prob12C
**Re: George, Leelynn**
**September 30, 2022**
**Page 3**

On September 30, 2022, this officer received a text message from Mr. George's substance abuse counselor at Merit.  Mr. George failed to show up on September 29, 2022, for clinical staffing.  Because he failed to show up, his file was closed and he was discharged from treatment at Merit.

4  **Special Condition #11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. George is alleged to have violated his supervised release conditions by consuming marijuana, methamphetamine, and alcohol on or before September 29, 2022.

On September 29, 2022, Mr. George sent a text message to this officer and admitted to consuming marijuana, methamphetamine and alcohol.

5  **Special Condition #12**: You must enter into or remain in any establishment where alcohol is the primary item of sale.  You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. George is alleged to have violated his supervised release conditions by consuming marijuana, methamphetamine, and alcohol on or before September 29, 2022.

On September 29, 2022, Mr. George sent a text message to this officer and admitted to consuming marijuana, methamphetamine and alcohol.

The U.S. Probation Office respectfully recommends the Court issue a warrant and require Mr. George to appear and answer to the allegations noted above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 30, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
Re: George, Leelynn
September 30, 2022
Page 4

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

September 30, 2020
_____
Date